In the Matter of the Claim of JOSEPH ARNER against MANHATTAN SPRING AND COUCH Co., INC., et al., Respondents, and BANKERS INDEMNITY INSURANCE COMPANY et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued March 5, 1934; decided March 20, 1934.)

502

*William S. Sinclair* and *James J. Mahoney* for Maryland Casualty Company, appellant.

*Rowland H. Long* for Bankers Indemnity Insurance Company, appellant.

*Jeremiah F. Connor* for Massachusetts Bonding and Insurance Company, respondent.

*John J. Bennett, Jr., Attorney-General* (*H. A. Robichon* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs, in favor of respondent insurance company against the appellant insurance companies. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.